MAX MERZ, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued June 16, 1891, decided June 25, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made October 29, 1890, which affirmed an order of Special Term, sustaining a demurrer to the complaint and affirmed a judgment in favor of plaintiff entered thereon.

*James D. Bell* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Application of THE NEW YORK, LACKA-WANNA AND WESTERN RAILWAY COMPANY, to Appraise Lands of ABRAM M. CHESBROUGH et al.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 23, 1891, which affirmed an order of Special Term denying a motion to set aside the award of commissioners appointed herein.

*George W. Cothran* and *Albert H. Weed* for appellant.

*Franklin D. Locke* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.